ACCEPTED
04-15-00049-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
8/4/2015 1:04:30 PM
KEITH HOTTLE
CLERK

### NO. 04-15-00049-CV

| | | |
|---|---|---|
| **MORNINGSIDE MINISTRIES D/B/A** | § | **IN THE COURT OF APPEALS** |
| **MORNINGSIDE MINISTRIES AT THE** | § | |
| **MANOR AND THE MORNINGSIDE** | § | |
| **MINISTRIES FOUNDATION, INC.** | § | |
| | § | |
| **v.** | § | **FOURTH JUDICIAL DISTRICT** |
| | § | |
| **ROSA LEE RODRIGUEZ AS NEXT** | § | |
| **FRIEND OF FLORA MENDEZ** | § | **SAN ANTONIO, TEXAS** |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
08/04/15 1:04:30 PM
KEITH E. HOTTLE
Clerk

## UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO FILE BRIEF OF APPELLEE

TO THE HONORABLE JUSTICES OF SAID COURT:

NOW COMES Appellee Rosa Lee Rodriguez, as Next Friend of Flora Mendez, and files this unopposed motion asking that this Court extend the deadline to file the Brief of Appellee by thirty days, and would respectfully show the Court as follows:

### A.     Factual and Procedural History

1.     The case is on appeal from the 166th Judicial District Court, Bexar County, Texas.

2.     The style and number of the case in the trial court was *Rosa Lee Rodriguez, as Next Friend of Flora Mendez v. Morningside Ministries d/b/a Morningside Ministries at the Manor and the Morningside Ministries Foundation, Inc.*, Bexar County District Court Cause No. 2014-CI-07530.

3.     This is an interlocutory appeal from an order denying a motion to dismiss filed under section 74.351 of the Texas Civil Practice and Remedies Code.

4.     The present deadline for Appellee to file her brief in this cause is August 5, 2015.

5.     Appellees seek an extension of time of thirty (30) days—until September 4, 2015.

6.    This is the second motion for extension of time to file Appellee's brief filed in this matter.

7.    This motion is unopposed.

## B.    Argument and Authorities

8.    This Court has the authority to grant a motion to extend the deadline to file a party's brief under Texas Rule of Appellate Procedure 10.5(b).

9.    Counsel for Appellee has had other deadlines that prevented her from immediately beginning work on this brief, including:

- July 6, 2015—Filed Brief of Appellees in Thirteenth Court of Appeals Cause Number 13-14-00725-CV, *Dos Republicas Coal Partnership v. David Saucedo as Floodplain Administrator of the Maverick County Commissioners Court and the Maverick County Commissioners Court*

- July 7, 2015—Attended and argued hearing on Motion for Summary Judgment in Bexar County District Court Cause Number 2014-CI-10939, *Keith Anderson II v. Stuart McGrath, as Personal Representative of the Estate of Richard Alan McGrath and General Parts, Inc.*

- July 24, 2015—Filed Appellant's Reply to Brief of Appellee American K-9 Detection Services, LLC in Thirteenth Court of Appeals Cause Number 13-14-00726-CV, *LaTasha Freeman v. American K-9 Detection Services, LLC and Hill Country Dog Center, LLC*

- August 4, 2015—Filed Appellant's Reply to Brief of Appellee Hill Country Dog Center in Thirteenth Court of Appeals Cause Number 13-14-00726-CV, *LaTasha Freeman v. American K-9 Detection Services, LLC and Hill Country Dog Center, LLC*

10.    This extension is not sought for the purposes of delaying this appeal, but so that justice may be done.

## C.    Conclusion and Prayer

11.    For the foregoing reasons, Appellee Rosa Lee Rodriguez, as Next Friend of Flora Mendez respectfully request that this Court grant this Unopposed Second Motion for Extension

2

of Time to File The Brief of Appellee, and extend the deadline filing that brief until September 4, 2015.

Respectfully submitted,


_____/s/ *Beth Watkins*_____
Beth Watkins
State Bar No. 24037675
LAW OFFICE OF BETH WATKINS
926 Chulie Drive
San Antonio, Texas 78216
(210) 225-6666—phone
(210) 225-2300—fax
Beth.Watkins@WatkinsAppeals.com

COUNSEL FOR APPELLEE ROSA LEE RODRIGUEZ,
AS NEXT FRIEND OF FLORA MENDEZ

**CERTIFICATE OF CONFERENCE**

On August 4, 2015, Ms. Nissa Dunn, counsel for Appellants, indicated via email that her clients did not oppose the requested extension of time.

/s/ Beth Watkins
Beth Watkins

**CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2015, a true and correct copy of the foregoing Unopposed Second Motion for Extension of Time to File Brief of Appellee was electronically served on the following counsel of record:

Nissa M. Dunn
HOUSTON DUNN
4040 Broadway, Suite 440
San Antonio, Texas 78209
nissa@hdappeals.com
COUNSEL FOR APPELLANTS

/s/ Beth Watkins
Beth Watkins
COUNSEL FOR APPELLEE ROSA LEE RODRIGUEZ,
AS NEXT FRIEND OF FLORA MENDEZ